AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| TODD ALAN DUELL, Secured Party Creditor, Holder In Due Course, Complainant, Ex Relatione on Behalf of: Securities and Exchange Commission, United States of America<br><br>Plaintiff,<br><br>V.<br><br>BRENDA L. MCCORMICK; JEREMY BARNUM; STACEY FRIEDMAN; SELVI STANISLAUS; JOZEL BRUNETT; JEFF COMBER<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 24-00429 DKW-KJM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Nov 01, 2024, 3:00 pm<br>Lucy H. Carrillo, Clerk of Court |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice, and judgment is entered pursuant the "Deficiency Order", ECF No. 3, filed on October 2, 2024, the "Final Deficiency Order", ECF No. 6, filed on October 17, 2024 and the Entering Order, ECF No. 7, filed on November 1, 2024. It is further ordered that the Clerk shall close this case.

| | |
|---|---|
| November 1, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |